# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

QASIR ALI MUKHTAR,

    Petitioner,

vs.

UNITED STATES OF AMERICA, et al.,

    Respondents.

Case No. 2:14-cv-01441-RFB-CWH

**ORDER**

    Petitioner has submitted an amended petition for a writ of habeas corpus under 28 U.S.C. § 2241 (#3). The court will serve it upon respondents.

    **IT IS THEREFORE ORDERED** that the clerk shall serve copies of the petition (#1) and this order upon respondents as follows:

    1.    By having the United States Marshal, on or before the close of business on the date that this order is entered, serve a copy of the petition and this order on the United States Attorney for the District of Nevada or on an Assistant United States Attorney or clerical employee designated by the United States Attorney pursuant to Rule 4(i)(1)(A) of the Federal Rules of Civil Procedure;

    2.    By sending a copy of the petition and this order by registered or certified mail to the Honorable Eric Holder, Attorney General of the United States, Department of Justice, 950 Pennsylvania Ave. NW, Washington, DC 20530;

    3.    By sending a copy of the petition and this order by registered or certified mail to the United States Department of Homeland Security, Washington, DC 20528; and

1.     4.    By having the United States Marshal, on or before the close of business on the date that this order is entered, serve a copy of the petition and this order on the Superintendent of the Henderson Detention Center, 18 E. Basic, Henderson, NV 89015.

    **IT IS FURTHER ORDERED** that respondents shall file and serve an answer to the petition within twenty (20) days from the date that this order is entered, unless for good cause additional time is allowed.

    **DATED** this 23rd day of September, 2014.

_____
RICHARD F. BOULWARE, II
United States District Judge

-2-