UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| QASIR ALI MUKHTAR,<br><br>             Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>             Respondents. | Case No. 2:14-cv-01441-RFB-CWH<br><br>**ORDER** |

Respondents have submitted a motion to admit government attorney (#7) and a motion for extension of time (first request) (#8). The court grants both motions.

IT IS THEREFORE ORDERED that the motion to admit government attorney (#7) is **GRANTED**. Flor M. Suarez is admitted to practice in the District of Nevada for the duration of employment by the United States.

IT IS FURTHER ORDERED that the motion for extension of time (first request) (#8) is **GRANTED**. Respondents shall have through October 29, 2014, to file and serve an answer to the petition (#1).

DATED: December 23, 2014.

_____
RICHARD F. BOULWARE, II
United States District Judge