1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

QASIR ALI MUKHTAR,                              Case No. 2:14-cv-01441-RFB-CWH

                    Petitioner,                        **ORDER**

v.

UNITED STATES OF AMERICA, et al.,

                    Respondents.

        Respondents having submitted a motion for extension of time (second request) (#9), and

good cause appearing;

        IT IS THEREFORE ORDERED that the motion for extension of time (second request)

(#9) is **GRANTED**.  Respondents shall have through October 31, 2014, to file and serve an answer

to the petition (#1).

        DATED:  December 23, 2014.

                                                        _____
                                                        RICHARD F. BOULWARE, II
                                                        United States District Judge